1
2
3

FILED
CLERK U.S DISTRICT COURT

AUG 3 1 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY
4
5
6
7
8
9 **IN THE UNITED STATES DISTRICT COURT**
10 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
11
12
13 BERNARD SMITH,

Case No. SA CV 16-272 MWF (MRW)

14       Petitioner,

15    v.

ORDER ACCEPTING FINDINGS
AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

16 NEIL McDOWELL, Warden,

17       Respondent.

18
19
20      Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on
21 file, and the Report and Recommendation of the United States Magistrate Judge.
22 Petitioner did not file any written objections to the report. The Court accepts the
23 findings and recommendation of the Magistrate Judge.
24
25
26
27
28

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: _August 21, 2017_       _____

HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE