

FILED
CLERK U.S DISTRICT COURT
AUG 31 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD SMITH,<br><br>　　　　Petitioner,<br><br>v.<br><br>NEIL McDOWELL, Warden,<br><br>　　　　Respondent. | Case No. SA CV 16-272 MWF (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: August 31, 2017

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE